UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON M. GERMANY, | Case No.  2:26-cv-0447-DAD-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| ADAM T. WEINER, | |
| Defendant. | |

On March 9, 2026, I recommended that this action be dismissed because it impermissibly sought to sue plaintiff's criminal defense attorney, who is not a state actor.  ECF No. 6 at 2. Plaintiff filed objections to my recommendations, wherein he states that he forgot to include a request that his conviction be reversed, in addition to damages.  ECF No. 9.  I cannot tell if this is a request to convert this action into one for habeas corpus, or simply an attempt to add this form of relief to this section 1983 action.  Accordingly, within twenty-one days, plaintiff will either indicate his desire to convert this action into one for habeas corpus or his intent for it to remain a section 1983 action.

Accordingly, it is ORDERED that:

1.  The Clerk of Court shall send plaintiff a habeas petition form with this order.

1

2.  Within twenty-one days, plaintiff shall indicate either indicate his desire to convert this action into one for habeas corpus by filing a habeas petition on the included form or submit, in writing, his intent for it to remain a section 1983 action.

IT IS SO ORDERED.

Dated:    April 3, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2