UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON M. GERMANY,<br>Plaintiff,<br>v.<br>ADAM T. WEINER,<br>Defendants. | Case No. 2:26-cv-0447-DAD-JDP (P)<br><br>ORDER |

On March 9, 2026, I entered findings and recommendations that this action be dismissed for failure to state a cognizable claim. ECF No. 6. Plaintiff filed objections, ECF No. 9, and, based thereon, I offered him an opportunity to convert this action into one for habeas corpus, ECF No. 10. Months have passed, and plaintiff has not affirmatively elected either to change this action into one for habeas corpus or to stand by his initial section 1983 complaint.

Accordingly, I see no reason to alter or withdraw my initial recommendations, ECF No. 6, and now submit them to the district judge.

IT IS SO ORDERED.

Dated: September 11, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE